```
                IN THE UNITED STATES BANKRUPTCY COURT
                   WESTERN DISTRICT OF PENNSYLVANIA
```

IN RE:
    CHARLES M CORDORO                          CASE NO. 03-35613A
    169 MOSTOLLER RD                           JUDGE THOMAS P AGRESTI

    SOMERSET PA             15501-8313
    a/k/a                                      DATE: 03/16/09
            Debtor(s)

--------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT
                            AND ACCOUNT
--------------------------------------------------------------------------

    RONDA J. WINNECOUR        , Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

    1. The case was filed on 12/17/03 and confirmed on 03/17/04. The case was subsequently DISMISSED AFTER CONFIRMATION

    2. The amount paid to the Trustee by or on behalf of the debtor(s) was $ 47745.00 .

    3. The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION | UNSECURED | 3956.02 | 2093.91 | .00 | 1862.11 |
| CAMBRIA FEDERAL CREDIT UNIO | SECURED C | 3000.00 | 2701.91 | 656.48 | 300.08 |
| Clerk, U S Bankruptcy Court | Unclaimed | 493.69 | 493.69 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3572.00 | 1890.65 | .00 | 1681.35 |
| FIFTH THIRD AUTO LEASING* | PRIORITY | 13063.92 | 13063.92 | .00 | .00 |
| FIRST NATIONAL BANK OF PA* | UNSECURED | 837.46 | 443.27 | .00 | 394.19 |
| HOUSEHOLD BANK/ECAST | VEHICLE | 8477.84 | 8477.84 | 1858.49 | .00 |
| JASON MAZZEI ESQ | Original | 1500.00 | 1500.00 | .00 | .00 |
| NEW FALLS CORP | PRIORITY | 4293.84 | 4293.84 | .00 | .00 |
| PEOPLES CREDIT CARD PLAN | UNSECURED | 9889.14 | 5234.30 | .00 | 4654.84 |
| PORTAGE NATIONAL BANK++ | UNSECURED | 932.72 | .00 | .00 | 932.72 |
| SHERMAN ACQUISITION LLC | UNSECURED | 7370.46 | 3901.17 | .00 | 3469.29 |

PAGE  1 - CONTINUED ON NEXT PAGE

4. Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED   CONT DEBTS       TOTAL
-------------------------------------------------------------------------------------
CLAIM AMOUNT          11477.84     17851.45     26557.80          .00     55887.09
PRINCIPAL PAID        11179.75     17851.45     13563.30          .00     42594.50
INTEREST PAID          2514.97          .00          .00          .00      2514.97
```

5. Costs of administration:
The clerk was paid $        .00  through the plan for the filing fee.
The debtor's attorney was allowed $   1500.00 and was paid $    1500.00 .
The Trustee was paid $   1135.53  pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $         .00 .

Postpetition arrearages  on mortgages,  if any,  have been  computed by the Trustee but are not listed on this Final Accounting form.

Wherefore the trustee requests a final decree be entered  which  discharges the trustee and his surety from any and all liability on account  of  the  above case, closes the estate, and grants such other relief as may be just and proper.

```
                                                    /s/ Ronda J. Winnecour
xc:CHARLES M            CORDORO                     _____
   JASON MAZZEI ESQ                                 RONDA J WINNECOUR PA ID #30399
     MAZZEI & ASSOCIATES                            CHAPTER 13 TRUSTEE WD PA
     432 BLVD OF THE ALLIES                         SUITE 3250 US STEEL TWR
     PITTSBURGH PA                    15219-0000    PITTSBURGH PA         15219-0000
                                                    (412) 471-5566
```